■ In the Matter of ROBERT CLARK, Petitioner, v BARRY KRON et al., Respondents. [671 NYS2d 990] —Proceeding pursuant to CPLR article 78 in the nature of prohibition, *inter alia,* to prohibit the respondents from taking any further action against the petitioner in the matter entitled *People v Robert Clark,* pending in the Supreme Court, Queens County, under Indictment No. QN11570/97.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see, Matter of Rush v Mordue,* 68 NY2d 348, 352).

The petitioner has failed to demonstrate a clear legal right to the relief sought. Miller, J. P., Joy, Altman and McGinity, JJ., concur.